IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, IN AND FOR SEMINOLE COUNTY, FLORIDA

CASE NO: 2022CA000196

MIRTA GAUTIER,

    Plaintiff,

v.

BJ'S WHOLESALE CLUB, INC,

    Defendant.

_____/

## COMPLAINT

Plaintiff, MIRTA GAUTIER, by and through the undersigned attorneys, sues the Defendant, BJ'S WHOLESALE CLUB, INC, and states as follows:

1) This is an action for damages that exceeds Thirty Thousand Dollars ($30,000.00), exclusive of interest, costs, and attorney's fees.

2) At all times material to this action, Plaintiff, MIRTA GAUTIER, was a natural person residing in Sanford, Seminole County, Florida.

3) At all times material to this action, Defendant, BJ'S WHOLESALE CLUB, INC, was a Foreign Corporation authorized to and in fact conducting business in Seminole County, Florida.

4) At all times material to this action, Defendant, BJ'S WHOLESALE CLUB, INC, was the owner, operator, landlord, manager and in possession and/or control of a commercial property known as BJ's Wholesale Club, located at W. State Road 46 and,

Upsala Road, Sanford, Seminole County, Florida, said property being that of a retail and grocery store, open to the general public including the Plaintiff herein.

    5)     On or about June 2, 2020, Plaintiff, MIRTA GAUTIER, visited the retail and grocery store, as described above, as business invitee.

    6)     At said time and place, Plaintiff, MIRTA GAUTIER, was a business invitee at the retail grocery store as described above, lawfully on the premises of the Defendant, BJ'S WHOLESALE CLUB, INC.

    7)     Defendant, BJ'S WHOLESALE CLUB, INC, owed Plaintiff a non-delegable duty to exercise reasonable care for her safety to maintain its premises, including the automated entry doors, in a responsibly clean and safe condition for use by its invitees, and to warn its invitees of any known hazards or hazardous conditions, about which Defendant, BJ'S WHOLESALE CLUB, INC, knew or reasonably should have known through the exercise of reasonable care.

    8)     At the above time and place, Defendant, BJ'S WHOLESALE CLUB, INC, breached its duty owed to Plaintiff, MIRTA GAUTIER, by committing one or more of the following omissions or commissions:

    a)  Negligently creating the hazard of the improper placement, position, installation, repair and/or maintenance of the automated entry doors;

    b)  Negligently failing to maintain or adequately maintain the automated entry doors, thus creating a hazardous condition to members of the public utilizing said doors, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

    c)  Negligently failing to inspect or adequately inspect the automated entry doors, as specified above, to ascertain whether the entry doors constituted a hazard to pedestrians utilizing said doors, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

    d) Negligently failing to warn or adequately warn the Plaintiff of the danger of the automated entry doors, when Defendant knew or through the exercise of reasonable care should have known that said doors were unreasonably dangerous and that Plaintiff was unaware of same;

    e) Negligently failing to correct or adequately correct the unreasonably dangerous condition of the automated entry doors on Defendant's premises, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care;

    f) Negligently failing to have adequate staff on duty and/or assigned to the task of inspecting/maintaining the premises and/or automated doors;

    g) Negligently failing to train and/or inadequately training its employees to inspect the premises for dangerous conditions; and

    h) Negligently failing to act responsibly under the circumstances.

9. As a result, while Plaintiff, MIRTA GAUTIER, was visiting Defendant's premises, as described above, she was struck by the automated doors as she entered the store, sustaining injuries as set forth.

10. As a direct and proximate result of the negligence of Defendant, BJ'S WHOLESALE CLUB, INC, Plaintiff, suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scaring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and aggravation of previous existing conditions. These losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, MIRTA GAUTIER, sues Defendant, BJ'S WHOLESALE CLUB, INC, for damages and demands judgment in excess of Thirty Thousand Dollars ($30,000.00), plus interest and costs, and demands trial by jury by all issues so triable.

## **DEMAND FOR JURY TRIAL**

Plaintiff, MIRTA GAUTIER, demands a jury trial on all issues so triable of each and every one of the Counts set forth above.

**RESPECTFULLY** submitted this 26th day of January, 2022.

/s/ Tyler Swift
Tyler Swift, Esquire
Florida Bar No.: 124260
Dan Newlin & Partners
7335 W. Sand Lake Road, Suite 300
Orlando, FL 32819
Direct: (407) 203-6560
Fax: (863) 877-2504
Tyler.Swift@newlinlaw.com
SwiftPleadings@newlinlaw.com