UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIRTA GAUTIER,**

    **Plaintiff,**

v.                                                           Case No. 6:22-cv-424-CEM-EJK

**BJ'S WHOLESALE CLUB, INC.,**

    **Defendant.**

                                               /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice ("Notice," Doc. 23), pursuant to Federal Rule of Civil Procedure 41(a)(1). However, a unilateral voluntary dismissal under Rule 41(a)(1)(A)(i) must be filed "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). In other words, if a defendant has filed an Answer, a plaintiff can no longer dismiss the case under Rule 41(a)(1)(A)(i). In order to dismiss the case without a Court order, a "stipulation of dismissal signed by all parties who have appeared" must be filed. Fed. R. Civ. P. 41(a)(1)(A)(ii). Defendant has filed an Answer (Doc. 21); thus, Plaintiff's attempt to unilaterally dismiss is ineffectual.

However, in the Notice, Plaintiff notes that the parties have reached an "amicable agreement," indicating that the parties have settled this case. (Doc. 23 at 1). Therefore, the Court will construe the Notice as a notice of settlement.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 15, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record